**LAW OFFICE OF S. CHRISTOPHER WINTER**
S. Christopher Winter, SBN: 190474
kw@winterlaw.us
5455 Wilshire Blvd.
Suite 2120
Los Angeles, CA 90036
Tel.: (323) 538-0498
Fax: (310) 388-5803

Attorneys for Plaintiff
DAVID M. CHOLPECKI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID M. CHLOPECKI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>EUCLID 431 PICTURES INC., a Canadian corporation; STORYBOARD ENTERTAINMENT, LLC, a Michigan limited liability company; VERTICAL ENTERTAINMENT, LLC., a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-6326 DSF (PLAx)<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S COMPLAINT** |

# NOTICE OF ERRATA

Plaintiff David M. Chlopecki respectfully submits this errata to his Complaint ("Complaint"), which was filed on July 22, 2019 at Docket No. 1, in order to correct an inadvertent clerical error. On the caption page, the zip code, telephone number, and fax number of Plaintiff's counsel were incorrect. Plaintiff is filing a corrected Complaint that corrects this mistake and makes no other changes.

Respectfully submitted,

Dated: July 26, 2019                    LAW OFFICE OF S. CHRISTOPHER WINTER


By: _/S/ S. Christopher Winter_____
S. Christopher Winter
Attorneys for Plaintiff
DAVID CHLOPECKI

NOTICE OF ERRATA TO PLAINTIFF'S COMPLAINT