1 ROBERT M. COLLINS, SB# 254915
   E-Mail: Robert.Collins@lewisbrisbois.com
2 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3 Los Angeles, California 90012
   Telephone: 213.250.1800
4 Facsimile: 213.250.7900

5 Attorneys for Defendant
   VERTICAL ENTERTAINMENT, LLC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID M. CHLOPECKI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EUCLID 431 PICTURES, INC. a Canadian corporation; STORYBOARD ENTERTAINMENT, LLC, a Michigan limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-6326 DSF (PLAx)<br>*The Honorable Dale S. Fischer*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT VERTICAL ENTERTAINMENT, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served:**<br>**August 2, 2019**<br>**Current Response Date:**<br>**August 23, 2019**<br>**New Response Date:**<br>**September 22, 2019** |

Defendant VERTICAL ENTERTAINMENT, LLC ("Defendant") by and through its counsel of record, and Plaintiff DAVID M. CHLOPECKI ("Plaintiff") by and through his counsel of record, hereby stipulate that Defendant's time to respond to Plaintiff's Complaint shall be extended through and including September 22, 2019, a period of time not more than 30 days.

4823-1067-1265.1

STIPULATION

1  The instant stipulation is brought pursuant to Local Rule 8-3, which permits the parties to stipulate to extend the time to respond to an original complaint for a period of time not more than 30 days without prior judicial approval.

**IT IS SO STIPULATED.**

DATED: August 20, 2019        ROBERT M. COLLINS
                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By: /s/ Robert M. Collins
                                  Robert M. Collins
                                  Attorneys for Defendant VERTICAL
                                  ENTERTAINMENT. LLC

DATED: August 20, 2019        S. CHRISTOPHER WINTER
                              LAW OFFICES OF S. CHRISTOPHER WINTER

                              By: /s/ S. Christopher Winter
                                  S. Christopher Winter
                                  Attorneys for Plaintiff DAVID M. CHLOPECKI

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.