ROBERT M. COLLINS, SB# 254915
  E-Mail: Robert.Collins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
VERTICAL ENTERTAINMENT, LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID M. CHLOPECKI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EUCLID 431 PICTURES, INC. a Canadian corporation; STORYBOARD ENTERTAINMENT, LLC, a Michigan limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-6326 DSF (PLAx)<br>*The Honorable Dale S. Fischer*<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT VERTICAL ENTERTAINMENT, LLC TO RESPOND TO INITIAL COMPLAINT**<br><br>**Complaint Served:**<br>**August 2, 2019**<br>**Current Response Date:**<br>**September 22, 2019**<br>**New Response Date:**<br>**November 22, 2019** |

Defendant VERTICAL ENTERTAINMENT, LLC ("VEI" or "Defendant") by and through its counsel of record, and Plaintiff DAVID M. CHLOPECKI ("Plaintiff") by and through his counsel of record, hereby stipulate that Defendant's time to respond to Plaintiff's Complaint shall be extended for an additional 60 days, or through and including November 22, 2019.

4831-6255-6582.1

STIPULATION

1  The Parties previously stipulated to an extension of not more than 30 days for Defendant VEI to respond to the Complaint on or before September 22, 2019, pursuant to Local Rule 8-3.  (*See* Stipulation (ECF 16)).

At this time, Plaintiff is still in the process of serving the Complaint on the other named defendants in this action.  The parties agree that it would be more efficient for both the parties and the Court if the several defendants are permitted to provide a coordinated response to the Complaint once all parties are served.  The parties anticipate that extending the time for response to the Complaint by 60 days will allow for such coordination.

In addition, the parties continue to diligently discuss an early resolution of this matter through settlement and believe that the requested 60 day extension will further assist the parties in that effort.

Accordingly, the parties respectfully request a 60 day extension, or through and including November 22, 2019, to permit Plaintiff to complete service of the Complaint on all parties and to allow the parties to continue to work towards an early resolution of this matter.

**IT IS SO STIPULATED.**

DATED: September 18, 2019     ROBERT M. COLLINS
                              LEWIS BRISBOIS BISGAARD & SMITH LLP


                              By:  /s/ Robert M. Collins
                              Robert M. Collins
                              Attorneys for Defendant VERTICAL
                              ENTERTAINMENT. LLC


DATED: September 18, 2019     S. CHRISTOPHER WINTER
                              LAW OFFICES OF S. CHRISTOPHER WINTER


                              By:  /s/ S. Christopher Winter
                              S. Christopher Winter
                              Attorneys for Plaintiff DAVID M. CHLOPECKI

1
2
3
4

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



4831-6255-6582.1

3
STIPULATION