1 ROBERT M. COLLINS, SB# 254915
   E-Mail: Robert.Collins@lewisbrisbois.com
2 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3 Los Angeles, California 90012
   Telephone: 213.250.1800
4 Facsimile: 213.250.7900

5 Attorneys for Defendant
   VERTICAL ENTERTAINMENT,LLC;
6 STORYBOARD ENTERTAINMENT,
   LLC; and EUCLID 431 PICTURES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID M. CHLOPECKI, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EUCLID 431 PICTURES, INC. a Canadian corporation; STORYBOARD ENTERTAINMENT, LLC, a Michigan limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-CV-6326 DSF (PLAx)<br>*The Honorable Dale S. Fischer*<br><br>**STIPULATION FOR ORDER PERMITTING DEFENDANTS TO FILE AN OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS (L.R. 11-6).** |

4831-0690-1164.1

STIPULATION

Defendants EUCLID 431 PICTURES, INC.; STORYBOARD ENTERTAINMENT, LLC and VERTICAL ENTERTAINMENT, LLC, (collectively herein "Defendants") by and through their counsel of record, and Plaintiff DAVID M. CHLOPECKI ("Plaintiff") by and through his counsel of record, hereby stipulate for an Order that the Defendants be permitted to file a Memorandum of Points and Authorities in Support of the Defendants' Federal Rules of Civil Procedure Rule 12(b)6 Motion to Dismiss ("Motion to Dismiss") to be filed with the Court on or before November 22, 2019.

Local Rule 11-6 ("L.R. 11-6") provides that no memorandum of points and authorities shall exceed 25 pages in length unless permitted by order of the Court. Specifically, L.R. 11-6 states the following:

> "L.R. 11-6 Points and Authorities - Trial Briefs - Length. No memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge."

The Court previously granted the Parties' stipulation to continue the time for the Defendants to respond to the Complaint until November 22, 2019, on the grounds that it is more efficient for both the Parties and the Court if the several defendants are permitted to provide a coordinated response to the Complaint once all parties are served. (*See* Order Granting Stipulation (ECF 23)). As the Defendants Motion to Dismiss will seek a dismissal of all claims as to all three Defendants, the parties agree and stipulate that the Defendants should be permitted 10 additional pages, beyond the 25 allotted by L.R. 11-6, in order to fairly present their arguments to the Court as to all of the Defendants.

Accordingly, the parties respectfully request that the Court grant the parties' stipulation, and enter an Order permitting the Defendants to file a memorandum of points and authorities totaling 35 pages, in support of the Defendants' Motion to Dismiss to be filed on or before November 22, 2019.

**IT IS SO STIPULATED.**

DATED: November 8, 2019     ROBERT M. COLLINS
LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Robert M. Collins
Robert M. Collins
Attorneys for Defendant VERTICAL ENTERTAINMENT. LLC

DATED: November 8, 2019     S. CHRISTOPHER WINTER
LAW OFFICES OF S. CHRISTOPHER WINTER


By: /s/ S. Christopher Winter
S. Christopher Winter
Attorneys for Plaintiff DAVID M. CHLOPECKI

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4831-0690-1164.1

3
STIPULATION