UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID M. CHLOPECKI, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>EUCLID 431 PICTURES, INC. a Canadian corporation; STORYBOARD ENTERTAINMENT, LLC, a Michigan limited liability company; VERTICAL ENTERTAINMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-CV-6326 DSF (PLAx)<br>*The Honorable Dale S. Fischer*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER PERMITTING DEFENDANTS TO FILE AN OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS (L.R. 11-6).** |

4825-6891-6652.1

1     This Court has considered the parties' Stipulation for an Order Permitting the Defendants Euclid 431 Pictures, Inc.; Storyboard Entertainment, LLC and Vertical Entertainment, LLC (collectively "Defendants") to File an Oversized Memorandum of Points and Authorities in Support of the Defendants' Motion to Dismiss.

    Good cause appearing, IT IS HEREBY ORDERED, that Defendants shall be permitted to file an up to 35 page Memorandum of Points and Authorities in Support of the Defendants' Motion to Dismiss.

    IT IS SO ORDERED.

DATED:_____, 2019

By: _____
The Honorable Dale S. Fischer
United States District Judge