EXHIBIT A

| | | |
|---|---|---|
| Request ID: 004827342<br>Demande n°:<br>Transaction ID: 019872651<br>Transaction n°:<br>Category ID: CT<br>Catégorie: | Province of Ontario<br>Province de l'Ontario<br>Ministry of Consumer and Commercial Relations<br>Ministère de la Consommation et du Commerce<br>Companies Branch<br>Direction des compagnies | Date Report Produced:<br>Document produit le:<br>Time Report Produced: 11:14:44<br>Imprimé à: |

# Certificate of Incorporation
# Certificat de constitution

This is to certify that / Ceci certifie que

**EUCLID 431 PICTURES INC.**

Ontario Corporation No. / Numéro matricule de la personne morale en Ontario

**002020790**

is a corporation incorporated,
under the laws of the Province of Ontario.

est une société constituée aux termes
des lois de la province de l'Ontario.

These articles of incorporation
are effective on

Les présents statuts constitutifs
entrent en vigueur le

**JANUARY 07 JANVIER, 2003**

Director/Directrice
Business Corporations Act/Loi sur les sociétés par actions

Page: 1

| Request ID / Demande n° | Ontario Corporation Number<br>Numéro de la compagnie en Ontario |
|---|---|
| 4827342 | 2020790 |

FORM 1                  FORMULE NUMÉRO 1

BUSINESS CORPORATIONS ACT    /    LOI SUR LES COMPAGNIES

## ARTICLES OF INCORPORATION
### STATUTS CONSTITUTIFS

1. The name of the corporation is:      Dénomination sociale de la compagnie:

    EUCLID 431 PICTURES INC.

2. The address of the registered office is:      Adresse du siège social:

    431    EUCLID AVENUE

    (Street & Number, or R.R. Number & if Multi-Office Building give Room No.)
    (Rue et numéro, ou numéro de la R.R. et, s'il s'agit édifice à bureau, numéro du bureau)

    TORONTO            ONTARIO
    CANADA             M6G 2T1
    (Name of Municipality or Post Office)      (Postal Code/Code postal)
    (Nom de la municipalité ou du bureau de poste)

3. Number (or minimum and maximum      Nombre (ou nombres minimal et maximal)
   number) of directors is:                 d'administrateurs:

    1                            20

4. The first director(s) is/are:      Premier(s) administrateur(s):

    First name, initials and surname      Resident Canadian    State Yes or No
    Prénom, initiales et nom de famille    Résident Canadien      Oui/Non

    Address for service, giving Street & No.    Domicile élu, y compris la rue et le
    or R.R. No., Municipality and Postal Code    numéro, le numéro de la R.R., ou le nom
                                                 de la municipalité et le code postal

\*  ALLISON                                            YES
   BLACK

   431 EUCLID AVENUE

   TORONTO ONTARIO
   CANADA M6G 2T1

| Request ID / Demande n° | Ontario Corporation Number<br>Numéro de la compagnie en Ontario |
|---|---|
| 4827342 | 2020790 |

4. The first director(s) is/are:   Premier(s) administrateur(s):

| First name, initials and surname<br>Prénom, initiales et nom de famille | Resident Canadian   State Yes or No<br>Résident Canadien      Oui/Non |
|---|---|
| Address for service, giving Street & No. or R.R. No., Municipality and Postal Code | Domicile élu, y compris la rue et le numéro, le numéro de la R.R., ou le nom de la municipalité et le code postal |

\* NATHAN MORLANDO    YES

431 EUCLID AVENUE

TORONTO ONTARIO
CANADA M6G 2T1

Request ID / Demande n°          Ontario Corporation Number
                                   *Numéro de la compagnie en Ontario*

    4827342                                                    2020790

---

5. Restrictions, if any, on business the corporation may carry on or on powers the corporation may exercise.
*Limites, s'il y a lieu, imposées aux activités commerciales ou aux pouvoirs de la compagnie.*

   None

6. The classes and any maximum number of shares that the corporation is authorized to issue:
*Catégories et nombre maximal, s'il y a lieu, d'actions que la compagnie est autorisée à émettre:*

   The Corporation is authorized to issue an unlimited number of shares of one class, designated as Common Shares.

Page: 4

Request ID / Demande nº

4827342

Ontario Corporation Number
Numéro de la compagnie en Ontario

2020790

7. Rights, privileges, restrictions and conditions (if any) attaching to each class of shares and directors authority with respect to any class of shares which may be issued in series:
   Droits, privilèges, restrictions et conditions, s'il y a lieu, rattachés à chaque catégorie d'actions et pouvoirs des administrateurs relatifs à chaque catégorie d'actions que peut être émise en série:

   The rights of the holders of Common Shares of the Corporation are equal in all respects and include the rights,
   (a)  to vote at all meetings of shareholders; and,
   (b)  to receive the remaining property of the Corporation upon dissolution.

Page: 5

Request ID / Demande n°

4827342

Ontario Corporation Number
Numéro de la compagnie en Ontario

2020790

8. The issue, transfer or ownership of shares is/is not restricted and the restrictions (if any) are as follows:
   L'émission, le transfert ou la propriété d'actions est/n'est pas restreinte. Les restrictions, s'il y a lieu, sont les suivantes:

   No shares of the Corporation shall be transferred without the consent of the directors of the Corporation expressed by a resolution passed by the board of directors or by an instrument or instruments in writing signed by all of the directors then in office.

Ontario Corporation Number
*Numéro de la compagnie en Ontario*

Request ID / *Demande n°*

4827342

2020790

9.  Other provisions, (if any, are):
    *Autres dispositions, s'il y a lieu:*

(a) The number of shareholders of the Corporation, exclusive of persons who are in the employment of the Corporation and exclusive of persons who, having been formerly in the employment of the Corporation, were, while in that employment, and have continued after termination of that employment to be, shareholders of the Corporation, is limited to not more than fifty, two or more persons who are the joint registered owners of one or more shares being counted as one shareholder.

(b) Any invitation to the public to subscribe for securities of the Corporation is prohibited.

(c) Subject to the provisions of the Business Corporations Act (Ontario) as amended or re-enacted from time to time, the directors may, without authorization of the shareholders:

(i) borrow money on the credit of the Corporation;

(ii) issue, re-issue, sell or pledge debt obligations of the Corporation;

(iii) give a guarantee on behalf of the Corporation to secure performance of an obligation of any person;

(iv) mortgage, hypothecate, pledge or otherwise create a security interest in all or any property of the Corporation, owned or subsequently acquired, to secure any obligation of the Corporation;

(v) by resolution, delegate any or all such powers to a director, a committee of directors or an officer of the Corporation.

Nothing in this subparagraph shall limit or restrict the borrowing of money by the Corporation on bills of exchange or promissory notes made, drawn, accepted or endorsed by or on behalf of the Corporation.

(d) Except in the case of any class or series of shares of the Corporation listed on a stock exchange, the Corporation shall have a lien on the shares registered in the name of a shareholder or his legal representative for a debt of that shareholder to the Corporation.

(e) The holders of any fractional shares issued by the Corporation shall

Page: 7

| Request ID / Demande n° | Ontario Corporation Number<br>Numéro de la compagnie en Ontario |
|---|---|
| 4827342 | 2020790 |

9. Other provisions, (if any, are):
   *Autres dispositions, s'il y a lieu:*

   be entitled to exercise voting rights and to receive dividends in respect of each such fractional share.

   (f)   Holders of shares of any class or series shall not be entitled to dissent nor to vote separately as a class or series upon a proposal to amend the articles of the Corporation to:

   (i)   increase or decrease any maximum number of authorized shares of such class or series, or increase any maximum number of authorized shares of a class or series having rights or privileges equal or superior to the shares of such class or series;

   (ii)   effect an exchange, reclassification or cancellation of the shares of such class or series; or

   (iii)   create a new class or series of shares equal or superior to the shares of such class or series.

Page: 8

Request ID / Demande n°

4827342

Ontario Corporation Number
*Numéro de la compagnie en Ontario*

2020790

10. The names and addresses of the incorporators are
    *Nom et adresse des fondateurs*

   First name, initials and last name      *Prénom, initiale et nom de*
   or corporate name                        *famille ou dénomination sociale*

   Full address for service or address of registered office or of principal place of business
   giving street & No. or R.R. No., municipality and postal code
   *Domicile élu, adresse du siège social au adresse de l'établissement principal, y compris
   la rue et le numéro, le numéro de la R.R., le nom de la municipalité et le code postal*

*   ALLISON BLACK

    431 EUCLID AVENUE

    TORONTO ONTARIO
    CANADA M6G 2T1

*   NATHAN MORLANDO

    431 EUCLID AVENUE

    TORONTO ONTARIO
    CANADA M6G 2T1

## Summary of Filed Form One
## EUCLID 431 PICTURES INC.

**For in Office Use**
Approved Date: **2003/01/30**
Docket File/PO #: **D.KHAN 030122**
Inputter's Name: **KHAN, DINA**
Authorizer Name: **BLACK, ALLISON**
Request ID Number: **004889693**

### Form 1 - Ontario Corporation
Type of Filing: **Business Corporation - Initial Return**
Corporation Number: **002020790**
Incorp./Amalg. Date: **2003/01/07**
Corporation Name: **EUCLID 431 PICTURES INC.**
Address of Registered/Head Office: **431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1**
Mailing Address: **Same as Registered Office**
Language of Preference: **English**
Number of Schedule A(s) submitted: **1**
Person Authorizing Filing: **BLACK, ALLISON , Director**

### Director/Officer Information (5 in total)

| No. | Name | Address | Title | Elected | Ceased |
|---|---|---|---|---|---|
| 1 | BLACK, ALLISON | 431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1 | Director, Res.Can. | 2003/01/07 | n/a |
| 2 | BLACK, ALLISON | 431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1 | Secretary | 2003/01/07 | n/a |
| 3 | BLACK, ALLISON | 431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1 | Other | 2003/01/07 | n/a |
| 4 | MORLANDO, NATHAN | 431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1 | Director, Res.Can. | 2003/01/07 | n/a |
| 5 | MORLANDO, NATHAN | 431 EUCLID AVENUE, TORONTO, ONTARIO, CANADA M6G 2T1 | Other | 2003/01/07 | n/a |

Print

## EUCLID 431 PICTURES INC.

### RECEIPT AND ACKNOWLEDGEMENT

TO:     **ALLISON BLACK**

Your application for 1 Common Share of this Corporation has been received and you are hereby notified that you have been allotted the following share:

   Allison Black                    1 Common Share

Receipt is also acknowledged of the amount of $0.01.

**DATED** as of the 7th day of January, 2003.

_____
Allison Black
Secretary


## EUCLID 431 PICTURES INC.

### RECEIPT AND ACKNOWLEDGEMENT

TO:     **NATHAN MORLANDO**

Your application for 1 Common Share of this Corporation has been received and you are hereby notified that you have been allotted the following share:

   Nathan Morlando                  1 Common Share

Receipt is also acknowledged of the amount of $0.01.

**DATED** as of the 7th day of January, 2003.

_____
Allison Black
Secretary

## RESOLUTION OF THE SHAREHOLDERS

## OF

## EUCLID 431 PICTURES INC.
(the "Corporation")

### ELECTION OF DIRECTORS

**RESOLVED** that the following persons are elected as directors of the Corporation, to hold office until the next annual meeting of the shareholders or until their successors are elected or appointed:

Allison Black
Nathan Morlando

The foregoing resolution is hereby signed by all of the shareholders of the Corporation entitled to vote at a meeting of shareholders.

**DATED** as of the 7th day of January, 2003.

_____            _____
Allison Black                                           Nathan Morlando

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF
## EUCLID 431 PICTURES INC.
### (the "Corporation")

### APPOINTMENT OF OFFICERS

**RESOLVED** that the following persons are appointed officers of the Corporation to hold the offices referred to opposite their names until their successors are appointed:

| | |
|---|---|
| Allison Black | Co-President and Secretary |
| Nathan Morlando | Co-President |

### EXECUTION OF INSTRUMENTS

**RESOLVED** that Allison Black and Nathan Morlando, together, are hereby authorized and appointed on behalf of the Corporation to sign deeds, transfers, assignments, agreements, releases, obligations, contracts, documents or instruments in writing requiring the signature of the Corporation.

### APPROVAL OF FORM OF SHARE CERTIFICATE

**RESOLVED** that the form of share certificate annexed hereto be and the same is hereby approved and adopted as the form of share certificate for the Common Shares of the Corporation.

### LOCATION OF BOOKS AND RECORDS

**RESOLVED** that the Corporation maintain at its registered office or at 250 Yonge Street, Suite 2400, Toronto, Ontario, M5B 2M6 the records and registers specified in sections 140 and 143 of the *Business Corporations Act* (Ontario).

The foregoing resolutions are signed by all of the directors of the Corporation in accordance with the provisions of the *Business Corporations Act* (Ontario).

**DATED** as of the 7th day of January, 2003.

_____          _____
Allison Black                                      Nathan Morlando

# Euclid 431 Pictures Inc.

## Directors' Register

| Director | Address | Elected | Resigned |
|---|---|---|---|
| Black, Allison | 431 Euclid Avenue, Toronto, Ontario M6G 2T1 | Jan-07-2003 | |
| Morlando, Nathan | 431 Euclid Avenue, Toronto, Ontario M6G 2T1 | Jan-07-2003 | |

Printed on January 07, 2003
As of January 07, 2003

Page: 1 of 1

# Euclid 431 Pictures Inc.

## Officers' Register

| Officer | Address | Office Held | Appointed | Resigned |
|---|---|---|---|---|
| Black, Allison | 431 Euclid Avenue, Toronto, Ontario M6G 2T1 | Co-President | Jan-07-2003 | |
| Morlando, Nathan | 431 Euclid Avenue, Toronto, Ontario M6G 2T1 | Co-President | Jan-07-2003 | |
| Black, Allison | 431 Euclid Avenue, Toronto, Ontario M6G 2T1 | Secretary | Jan-07-2003 | |

## Euclid 431 Pictures Inc.

## Shareholders' Register

| Date | Shareholder | Share Class | Share Total |
|---|---|---|---|
| Jan-07-2003 | Black, Allison | Common | 1.0000 |
| Jan-07-2003 | Morlando, Nathan | Common | 1.0000 |