UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CHLOPECKI,<br>    Plaintiff,<br><br>          v.<br><br>EUCLID 431 PICTURES, INC., et al.,<br>    Defendants. | CV 19-06326 DSF (PLAx)<br><br>Order Pursuant to 17 U.S.C. § 501(c) |

    In this copyright action, Plaintiff David Chlopecki alleges that he is the creator of, and holds the copyright to, a series of artistic photographs of himself dressed as a unicorn.  Dkt. 13 (Compl.) ¶15.  "The most widely known image in the series depicts Chlopecki from the side, from approximately mid-thigh to the tip of the unicorn horn, with his face toward the camera in a three-quarters profile view" (the Image).  Id. ¶ 15.  The United States Copyright Office issued a copyright registration to Chlopecki for the Image effective as of May 17, 2019.[1]  Id. ¶ 26; Dkt. 13-1 (Compl., Ex. 1).  But Chlopecki also alleges he is "a co-author and co-owner of the copyright" in the Image.  Id. ¶ 26.

    The Copyright Act provides:

> The legal or beneficial owner of an exclusive right under a copyright is entitled . . . to institute an action for any

---

[1] The Complaint states that the copyright was issued on May 17, 2010.  Id. ¶ 26.  However, the attached Certificate of Registration indicates that the Image was first published in 2010, but the Copyright Registration was effective as of May 17, 2019.  Compl., Ex. 1.

>infringement of that particular right committed while he or she is the owner of it. The court may require such owner to serve written notice of the action with a copy of the complaint upon any person shown, by the records of the Copyright Office or otherwise, to have or claim an interest in the copyright, and shall require that such notice be served upon any person whose interest is likely to be affected by a decision in the case. The court may require the joinder, and shall permit the intervention, of any person having or claiming an interest in the copyright.

17 U.S.C. § 501(c).

Plaintiff is ordered to serve notice in writing on any person having or claiming an interest in the copyright, to file a declaration stating that he has done so, and to attach the notice to the declaration. Plaintiff is also ordered to show cause why any or all co-authors or co-owners of the copyright should not be joined as parties. Plaintiff must provide the declaration and a written response to the order to show cause no later than January 30, 2020.

IT IS SO ORDERED.

Date: January 16, 2020  _____

Dale S. Fischer
United States District Judge