# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CHLOPECKI,<br>        Plaintiff,<br><br>                    v.<br><br>EUCLID 431 PICTURES, INC., et al.,<br>        Defendants. | CV 19-06326 DSF (PLAx)<br><br>ORDER DISMISSING ACTION |

On January 29, 2020, the parties advised the Court that they anticipated that a settlement agreement would be executed by March 15, 2020. The Court set an Order to Show Cause re Dismissal for March 23, 2020, which it later removed from the Court's calendar. Neither party has responded to the Order to Show Cause.

The case is dismissed due to settlement. Either party move to reopen the case within 30 days.

    IT IS SO ORDERED.


Date: April 7, 2020

                                          Dale S. Fischer
                                          United States District Judge